IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES, LLC,<br><br>                              Plaintiff,<br>v.<br><br>LIVINGSOCIAL, INC.,<br><br>                              Defendant. | C.A. No. 12-673-LPS |

## STIPULATION OF DISMISSAL AS TO DEFENDANT LIVINGSOCIAL INC

IT IS HEREBY STIPULATED AND AGREED by and between Cathas Advanced Technologies, LLC and LivingSocial, Inc, pursuant to Federal Rule of Civil Procedure 41(A)(ii), that the claims in the above-captioned case be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees

| | |
|---|---|
| BAYARD, P.A. | SHAW KELLER LLP |
| */s/ Stephen B. Brauerman*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Cathas Advanced Technologies, LLC* | */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br><br><br>*Attorneys for Defendant LivingSocial, Inc.* |

Dated: October 11, 2012